IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.  2:04-cr-102 |
| | ) | |
| -vs- | ) | ORDER |
| | ) | |
| ALVIN PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Application of the United States and Rule 43.1(c) of the District of North Dakota Local Rules;

IT IS HEREBY ORDERED that the Clerk of the District Court is authorized and directed to return all government trial exhibits in this case to the U.S. Attorney's Office for the District of North Dakota.

Dated this 9th day of April, 2007.

                                                 */s/ Alice R. Senechal*
                                                 Alice R. Senechal
                                                 U.S. Magistrate Judge