```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NORTH DAKOTA
                NORTHEASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER REDUCING |
| | ) | RESTORATION PAYMENTS |
| V. | ) | |
| | ) | |
| ALVIN PETERSON | ) | CASE NO. 2:04-cr-102 |

The United States moved to reduce the amount Alvin Peterson is required to pay for wetlands restoration costs, since the actual costs of the restoration were less than had been estimated. There has been no opposition to the motion.

Therefore, IT IS ORDERED, prior orders requiring that Alvin Peterson pay restoration costs are amended to provide that he be required to pay a total of $1,300.00 towards costs of wetlands restoration. Prior orders concerning fine payments remain unchanged.

Dated this 20th day of April, 2007.

*/s/ Alice R. Senechal*
Alice R. Senechal
U.S. Magistrate Judge